UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*************************************
Copart of Connecticut, Inc.,          *
                                      *
        Plaintiff,                    *
                                      *
v.                                    *      Civil Action No: 1:13-cv-233
                                      *
City of Concord,                      *
                                      *
        Defendant.                    *
*************************************
```

### CITY OF CONCORD RESPONSE TO MOTION TO AMEND PLEADING

The City of Concord ("City"), by and through the Office of the City Solicitor, hereby provides the following Response to the Motion to Amend Pleading, stating as follows:

1. The City of Concord hereby notifies the Court that it does not have an objection to the Motion to Amend Pleading filed by Copart of Connecticut, Inc. ("Copart") on May 22, 2013 [ECF Document 3]. By way of further response, the City of Concord has assented to the Motion to Remand based on the fact that Copart has agreed to withdraw with prejudice its federal claim under the Interstate Commerce Clause.

                                          Respectfully submitted,

                                          **CITY OF CONCORD**

                                          By Its Attorney,

Dated: May 23, 2013              /s/ Danielle L. Pacik
                                          Danielle L. Pacik, Bar No. 14924
                                          Deputy City Solicitor
                                          41 Green Street
                                          Concord, New Hampshire 03301
                                          Telephone: (603) 225-8505
                                          Email: dpacik@concordnh.gov

## **CERTIFICATE OF SERVICE**

      I, Danielle L. Pacik, hereby certify that a copy of foregoing has been served electronically by ECF on May 23, 2013 to Mark Puffer, Esquire, counsel for Petitioner.

Dated: May 23, 2013                      /s/ Danielle L. Pacik
                                               Danielle L. Pacik, Bar No. 14924